UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Crim. No. 06-87(5) (PAM/SRN) |
| Plaintiff, | |
| v. | **ORDER** |
| Debra Renae Jackson, | |
| Defendant. | |

This matter is before the Court on Defendant Debra Renae Jackson's Motion to Amend the Judgment.  Defendant asks the Court to modify her restitution obligation to alleviate undue financial hardship associated with the Bureau of Prisons' policy that she pay $50 per month during her incarceration.  Having assessed Defendant's ability to pay, the Court **GRANTS** her Motion to Amend (Docket No. 447) and orders that the Judgment be **AMENDED** as follows:

> Payment of the total criminal monetary penalties are due as follows: It is recommended that defendant participate in the Inmate Financial Responsibility Program while incarcerated.  The defendant shall not be required to pay more than $25 per quarter in restitution during incarceration.  Payments of no more than $25 per quarter if working non-UNICOR or UNICOR are to be made. Payments of any remaining balance is due in monthly installments of not less than $50 per month over a period of three years commencing 30 days after release from confinement. . . .

Dated:   February 11, 2008

s/Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge